IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| R. N. R., BY AND THROUGH HER PARENTS, NEXT FRIENDS, AND LEGAL GUARDIANS PATRICIA ROGERS AND RANDY ROGERS )<br><br>Plaintiff, )<br><br>vs. )<br><br>YAMAHA MOTOR CORPORATION, U.S.A., YAMAHA MOTOR CO., LTD., YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, HAYSE C. BURNHAM, JR., AND B&R POULTRY FARMS, INC. )<br><br>Defendants. ) | Case No.: 3:09-cv-608-HTW-LRA<br><br>JURY TRIAL DEMAND |

**CORPORATE DISCLOSURE STATEMENT OF**
**YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA**

Pursuant to the Uniform Local Rule 7.3 and Federal Rule Civil Procedure 7.1, Defendant Yamaha Motor Manufacturing Corporation of America ("YMMC") states that it is wholly owned by Yamaha Motor Corporation, U.S.A. ("YMUS"). YMMC is not publicly traded. However, YMUS is wholly owned by Yamaha Motor Co., Ltd. ("YMC") and although YMC is not publicly traded in the United States, it is a publicly traded corporation on the Tokyo Stock Exchange in Japan. As of June 30, 2008, Yamaha Corporation ("YC") owns more than 10% of the stock of YMC.

Respectfully submitted,

YAMAHA MOTOR MANUFACTURING
CORPORATION OF AMERICA

By: s/*James K. McDaniel*
 ROBERT A. MILLER, MB #3305
 WILLIAM P. THOMAS, MB #102209
 JAMES K. MCDANIEL, MB #102888
 Butler, Snow, O'Mara, Stevens & Cannada,
   PLLC
 Post Office Box 22567
 Jackson, MS 39225-2567

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, 210 East Capitol Street
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711

## CERTIFICATE OF SERVICE

I, James K. McDaniel, one of the attorneys for defendant Yamaha Motor Manufacturing Corporation of America, do hereby certify that I have this day filed with the Court's ECF system a true and correct copy of the foregoing **Yamaha Motor Manufacturing Corporation of America's Corporate Disclosure** and that a copy of same will be electronically delivered to the following:

P. Shawn Harris, Esq.
P.O. Box 649
Forest, MS 39074

James M. Priest, Jr., Esq.
Gill, Ladner & Priest, PLLC
403 South State Street
Jackson, MS 39201

COUNSEL FOR PLAINTIFF

SO CERTIFIED, this 20th day of October, 2009.

/s/ James K. McDaniel
JAMES K. MCDANIEL

Jackson 4378286v1